UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA BEZIO<br>    **Plaintiff** | ) | CIVIL ACTION |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL RECOVERY SERVICES, LLC | ) | |
|     **Defendants** | ) | |
| | ) | MAY 25, 2010 |

## COMPLAINT

## I. INTRODUCTION

1.  This is a suit brought by a consumer who has been harassed by the
defendant collection agency.  This action is for violations of the Fair Debt Collection
Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and for violation of the Connecticut
Unfair Trade Practices Act.

## II. PARTIES

2.  The plaintiff, Lisa Bezio, is a natural person residing in Southington,
Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act
("FDCPA") 15 U.S.C. §1692a(3).

3.  The defendant, National Recovery Services, LLC ("NRS"), is a Kansas
corporation and is not licensed by the Connecticut Department of Banking as a
Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

### III. <u>JURISDICTION</u>

4.  Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5.  This Court has jurisdiction over NRS because it engages in debt collection within Connecticut.

6.  Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

### IV. <u>FACTUAL ALLEGATIONS</u>

7.  In April, 2010 NRS began contacting Plaintiff regarding two alleged debts, neither of which Plaintiff owed or was liable for.

8.  In an attempt to collect the alleged debts, NRS telephoned Plaintiff, sometimes up to twenty times a day, and they also sent her emails.

9.  On May 7, 2010 NRS sent Plaintiff an email which stated an alleged debt and threatened to report that alleged debt as a negative item to the credit bureaus if she failed to pay it.

10. On May 7, 2010 NRS sent Plaintiff another email which stated an additional alleged debt and threatened to report that alleged debt as a negative item to the credit bureaus if Plaintiff failed to pay it.

11. Plaintiff subsequently contacted NRS in response to these emails and spoke with an NRS representative named Brittany, and during that conversation, Brittany threatened to report the aforementioned alleged debts as negative items to the credit bureaus.

12. NRS was not licensed as a Consumer Collection Agency with the Connecticut Department of Banking at the time it engaged in the aforementioned collection activities.

## V.  CLAIMS FOR RELIEF

### COUNT ONE
### Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

13. Plaintiff incorporates Paragraphs 1 - 12.

14. NRS violated the FDCPA by engaging in illegal unlicensed collection activities in Connecticut, by attempting to collect from Plaintiff alleged debts that she did not owe, and by threatening to report these alleged debts to the credit bureaus.

15. For NRS's violation of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover her actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

### COUNT TWO
### CUTPA

16.  Plaintiff incorporates Paragraphs 1-12.

17. NRS has engaged in unfair and deceptive trade practices in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a et seq. ("CUTPA").

18. Plaintiff has suffered an ascertainable loss, because she has been subjected to illegal collection activities.

WHEREFORE, the Plaintiff seeks recovery of actual damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k, and actual damages, punitive damages, and attorney's fees pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

PLAINTIFF, LISA BEZIO

By:

Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408
Fax. (860) 571-7457