UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA BEZIO** ) | CASE NO. |
|     **Plaintiff** ) | 3:10-CV-00825-CFD |
| ) | |
| **v.** ) | |
| ) | |
| **NATIONAL RECOVERY SERVICES, LLC** ) | |
|     **Defendants** ) | |
| ) | **SEPTEMBER 16, 2010** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(i), the plaintiff, Lisa Bezio, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, without costs or attorney's fees.

                      PLAINTIFF, LISA BEZIO


                      By: /s/Daniel S. Blinn
                          Daniel S. Blinn, Fed Bar No. ct02188
                          Matthew W. Graeber, Fed Bar No. ct27545
                          dblinn@consumerlawgroup.com
                          Consumer Law Group, LLC
                          35 Cold Spring Rd., Suite 512
                          Rocky Hill, CT  06067
                          Tel. (860) 571-0408
                          Fax. (860) 571-7457

## **CERTIFICATION**

  I hereby certify that on this 16th day of September, 2010, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          <u>/s/Daniel S. Blinn</u>
          Daniel S. Blinn